IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALEXIOU, | No. C 11-03836 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| SOQUEL CREEK WATER DISTRICT, COUNTY OF SANTA CRUZ, PACIFIC GAS AND ELECTRIC COMPANY, and DOES 1-10 | |
| Defendant. | |

On September 26, 2011, defendant Pacific Gas and Electric Company filed a motion to dismiss plaintiff's first amended complaint. Response was due October 11, 2011. Plaintiff failed to respond. Plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute. A response to this order is due **OCTOBER 14, 2011**.

**IT IS SO ORDERED.**

Dated: October 12, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE