IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN ALEXIOU,

    Plaintiff,

  v.

SOQUEL CREEK WATER DISTRICT, COUNTY OF SANTA CRUZ, PACIFIC GAS AND ELECTRIC COMPANY, and DOES 1–10,

    Defendants.

No. C 11-03836 WHA

**ORDER FINDING GOOD CAUSE SHOWN**

An order to show cause issued on October 12, 2011. Plaintiff was ordered to show good cause for his failure to submit a response to defendant Pacific Gas and Electric Company's motion to dismiss. Plaintiff responded, explaining his failure to file a response brief, and submitted a response to the motion to dismiss. Good cause having been found, plaintiff's response brief is deemed filed as of the date of this order. Defendant's reply is due October 24.

**IT IS SO ORDERED.**

Dated: October 17, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE