Thomas S. Brazier, Esq. SBN 055484
Eric Steinle, Esq./SBN 201117
LaMORE, BRAZIER, RIDDLE & GIAMPAOLI
1570 The Alameda, Suite 150
San Jose, California 95126-2305
Telephone: (408) 280-6800
Facsimile: (408) 275-6284

Attorneys for Defendant
SOQUEL CREEK WATER DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOHN ALEXIOU, | Case No.: 3:11-cv-03836 |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO COMPLETE ADR** |
| v. | |
| SOQUEL CREEK WATER DISTRICT, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties, by and through undersigned counsel and after consulting with the court-appointed mediator, as follows:

1. The plaintiff's medical bills were mostly paid by Medicare, which will now assert a statutory claim for reimbursement.

2. Under California law, the plaintiff's medical special damages are limited to the amounts for which he is responsible, which is the amount paid by Medicare or any other third-party provider.

3. While the plaintiff has sought the conditional payment letter from Medicare, he has not received it.

4. Until the true amount of the plaintiff's damages is reasonably clear, it will be difficult to discuss the value of the case, which is the purpose of ADR. The parties would like to have the

1

conditional payment letter if possible, so that there is objective information that all parties can look to in preparing their positions. They are hopeful the letter will arrive in January.

4. After meeting and conferring with the mediator and making a good-faith effort, with the number of parties involved, it proved impossible to schedule the mediation within the time set by this court's order, which was 90 days after the initial case management conference, or January 18, 2012.

5. The parties did set the mediation for February 9, 2012, the earliest date that was open for all parties and the mediator.

6. For this reason, the parties seek the court's leave to conduct ADR on February 9, 2012 and that the time to complete ADR is continued to that date or a later date if the court sees fit.

IT IS SO STIPULATED.

Dated: January 10, 2012            LAW OFFICE OF S. COLIN BROWN

                                   By:  /s/
                                        S. Colin Brown
                                        Attorneys for Plaintiff
                                        JOHN ALEXIOU

Dated: January 10, 2012            COUNTY OF SANTA CRUZ

                                   By:  /s/
                                        Dana McRae, County Counsel
                                        Jason M. Heath, Asst. County Counsel
                                        Attorneys for Defendant
                                        COUNTY OF SANTA CRUZ

Dated: January 10, 2012            LAW OFFICES OF LISA NICOL

                                   By:  /s/
                                        Lisa Nicol
                                        Attorneys for Defendant
                                        PACIFIC GAS & ELECTRIC COMPANY

| | |
|---|---|
| Dated:   January 10, 2012 | LaMORE, BRAZIER, RIDDLE & GIAMPAOLI |
| | By:  /s/ |
| | Thomas S. Brazier |
| | Eric Steinle |
| | Attorneys for Defendant |
| | SOQUEL CREEK WATER DISTRICT |

## ORDER ON STIPULATION

The stipulation of the parties to seek leave for extra time to conduct ADR on February 9, 2012 is based on good cause.  It is therefore the order of this court that the parties shall conduct ADR on February 9, 2012 and the authority of the mediator is extended to that date.

Dated:   January 11, 2012.

William Alsup
UNITED STATES DISTRICT JUDGE