IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN ALEXIOU,

    Plaintiff,

v.

SOQUEL CREEK WATER DISTRICT, COUNTY OF SANTA CRUZ, PACIFIC GAS AND ELECTRIC COMPANY, and DOES 1-10,

    Defendants.

No. C 11-03836 WHA

**ORDER DISMISSING ACTION WITH PREJUDICE**

The parties have submitted a stipulation indicating this matter settled in its entirety and have requested dismissal of this action with prejudice. Pursuant to the parties' stipulation, this action is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: February 29, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE