1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   JOHN ALEXIOU,                          No. C 11-03836 WHA

11              Plaintiff,

12      v.                                  **ORDER DISMISSING ACTION
                                            WITH PREJUDICE**
13   SOQUEL CREEK WATER DISTRICT,
     COUNTY OF SANTA CRUZ, PACIFIC
14   GAS AND ELECTRIC COMPANY, and
     DOES 1-10,
15
              Defendants.
16   _____/

17

18          The parties have submitted a stipulation indicating this matter settled in its entirety and

19   have requested dismissal of this action with prejudice.  Pursuant to the parties' stipulation, this

20   action is hereby **DISMISSED WITH PREJUDICE**.

21

22          **IT IS SO ORDERED.**

23

24   Dated:  February 29, 2012.
                                            _____
25                                          WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE
26

27

28

**United States District Court**
For the Northern District of California